DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMARCUS JERRELL CHARLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-26
_____

January 31, 2024

Appeal from the Circuit Court for Sarasota County; Donna Marie Padar, Judge.

Howard L. Dimmig, II, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.


SILBERMAN, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.